.DANIEL C. CHAPMAN, Respondent, *v.* THE ATLANTIC REFINING COMPANY, Appellant.

(Argued January 19, 1888; decided February 7, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 24, 1885, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*J. H. Stevens* for appellant.

*Wm. F. Cogswell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

GEORGE A. KYLE, Respondent, *v.* SAMUEL K. NESTER, Appellant.

(Argued January 24, 1888; decided February 7, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 24, 1885, which denied a motion for a new trial and directed judgment for plaintiff on a verdict.

*John Gillette* for appellant.

*W. E. & F. E. Hughitt* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.